FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0475

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0475

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSEPH ALTON HAFLICH,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 30, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 23 2020